**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0947-WJM-KMT

DEBORAH IAZZO,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

---

**ORDER GRANTING JOINT MOTION FOR REMAND**

---

    This insurance dispute was removed to this Court on April 12, 2013. (ECF No. 1.) A settlement conference has been held and a Scheduling Order entered but the case is still in its early stages. (ECF Nos. 13 & 14.)

    Before the Court is the parties' Joint Motion for Remand asking the Court to remand this action to the Denver County District Court. (ECF No. 15.) For good cause shown, the Motion for Remand (ECF No. 15) is GRANTED. The Clerk shall transmit the file to the District Court of Denver County, Colorado.

    Dated this 1st day of August, 2013.

                                              BY THE COURT:

                                              William J. Martínez
                                              United States District Judge